FILED
CLERK U.S. DISTRICT COURT
JUL 24 2013
CENTRAL DISTRICT OF CALIFORNIA
BY       DEPUTY

O

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANGELA MARKOSYAN,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>CAROLYN W. COLVIN,[1] Acting Commissioner of Social Security,<br><br>　　　　Defendant. | NO. CV 11-05401-SVW-MAN<br><br>ORDER ACCEPTING FINDINGS<br><br>AND RECOMMENDATIONS OF<br><br>UNITED STATES MAGISTRATE JUDGE |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the Complaint, all of the records herein, and the Report and Recommendation of United States Magistrate Judge. The time for filing Objections has passed, and no Objections have been filed. The Court accepts the findings and recommendations set forth in the Magistrate Judge's Report and Recommendation.

IT IS ORDERED that Judgment be entered reversing the decision of

---

[1] Carolyn W. Colvin became the Acting Commissioner of the Social Security Administration on February 14, 2013, and is substituted in place of former Commissioner Michael J. Astrue as the defendant in this action. (*See* Fed. R. Civ. P. 25(d).)

the Commissioner and remanding this case for further proceedings consistent with the Report and Recommendation.

IT IS FURTHER ORDERED that the Clerk serve copies of this Order and the Judgment herein on the parties.

LET JUDGMENT BE ENTERED ACCORDINGLY.

DATED: _____July 24, 2013_____.

_____
STEPHEN V. WILSON
UNITED STATES DISTRICT JUDGE