FILED
CLERK U.S. DISTRICT COURT
JUL 24 2013
CENTRAL DISTRICT OF CALIFORNIA
BY /s/ DEPUTY

O

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANGELA MARKOSYAN, | ) NO. CV 11-05401-SVW-MAN |
| Plaintiff, | ) |
| v. | ) JUDGMENT |
| CAROLYN W. COLVIN,[1] Acting Commissioner of Social Security, | ) |
| Defendant. | ) |

Pursuant to the Court's Order Accepting Findings and Recommendations of United States Magistrate Judge,

IT IS ADJUDGED that the decision of the Commissioner of Social Security is reversed, and the above-captioned action is remanded for further proceedings consistent with the provisions of the Court's Order.

DATED: July 24, 2013.

_____
STEPHEN V. WILSON
UNITED STATES DISTRICT JUDGE

---

[1] Carolyn W. Colvin became the Acting Commissioner of the Social Security Administration on February 14, 2013, and is substituted in place of former Commissioner Michael J. Astrue as the defendant in this action. (See Fed. R. Civ. P. 25(d).)